EXHIBIT F



Name of Insurer to which Application is made (the "Insurer")

**INSURANCE COMPANY MANAGEMENT & PROFESSIONAL LIABILITY INSURANCE APPLICATION**

IF A POLICY IS ISSUED IT WILL BE ON A CLAIMS-MADE AND REPORTED BASIS

NOTICE: THE POLICY PROVIDES THAT THE LIMITS OF LIABILITY AVAILABLE TO PAY JUDGEMENTS OR
SETTLEMENTS SHALL BE REDUCED BY AMOUNTS INCURRED FOR LEGAL DEFENSE.  FURTHER NOTE THAT
AMOUNTS INCURRED FOR LEGAL DEFENCE SHALL BE APPLIED AGAINST THE DEDUCTIBLE AMOUNT.

**SECTION A - GENERAL INFORMATION**

1.  Named Applicant: _Anchor Insurance Holdings, Inc_

2.  Address of Named Applicant: _5959 Central Ave Ste 200_ City: _St. Petersburg_

    Domicile State: _FL_                                    Zip Code: _33710_

3.  Date Established: _6/25/2014_   Years of Operation: _4_   Website Address: _www.relgen anchor.com_

4.  (a) Applicant's Primary Nature of Business: _Property and Casualty insurance_

    (b) Applicant's Primary SIC Code: _6331_

5.  Does the Applicant own, operate, manage or control any captive insurance company, or expect the formation,
    ownership, or participation in the ownership of any captive insurance company in the next 12 months?

                                                    Yes ☒ No ☐ N/A ☐

    If "Yes" – please list: _Anchor Holdings Bermuda LTD_

6.  Does any captive listed above conduct any third party business or does any captive listed above intend to
    conduct any third party business in the next 12 months?

                                                    Yes ☐ No ☒ N/A ☐

**SECTION B – POLICY COVERAGE DETAILS**

7.    What coverage is Applicant applying for?

| Coverage | Coverage Requested? | Separate Limit Requested | Shared Limit of Liability Requested | Self-Insured Retention Requested | Currently Purchase Coverage? |
|---|---|---|---|---|---|
| Private Company Directors & Officers Liability | 5,000,000 | | | | |
| Insurance Company Professional Liability | 5,000,000 | | | | |
| Employment Practices Liability | 3,000,000 | | | | |
| Network Security & Privacy Liability | | | | | |
| Fiduciary Liability | 2,000,000 | | | | |

Aggregate Limits of Liability

| $1,000,000 | | $2,000,000 | | $3,000,000 | | $4,000,000 | | $5,000,000 | X |
|---|---|---|---|---|---|---|---|---|---|

8.    Effective Date Desired: _____

**SECTION C – CLAIMS INFORMATION**

9.    Has there been, or is there now pending any claim(s), suit(s), investigation(s) or action(s) against the Applicant, its subsidiaries, or any other director, officer or employee of any Applicant arising out of: (i) any director, officer, employee or entity liability matter; or (ii) any matter claimed against any person proposed for insurance in his or her capacity as a director, officer, plan fiduciary or employee?

Please answer with regard to:

| | Yes | No | N/A |
|---|---|---|---|
| Private Company Directors and Officers Liability | ☐ | ☒ | ☐ |
| Insurance Company Professional Liability | ☐ | ☒ | ☐ |
| Employment Practices Liability | ☐ | ☒ | ☐ |
| Network Security and Privacy Liability | ☐ | ☐ | ☐ |
| Fiduciary Liability | ☐ | ☒ | ☐ |

If "Yes", please attach full 5 year currently valued loss runs and attach claims supplement for each claim.

10.    Does the Applicant, its subsidiaries, or any director, officer or employee of the Applicant know of any act, error or omission, which could give rise to a claim(s), suit(s) or action(s) under the proposed policy with regard to?

| | Yes | No | N/A |
|---|---|---|---|
| Private Company Directors and Officers Liability | ☐ | ☒ | ☐ |
| Insurance Company Professional Liability | ☐ | ☒ | ☐ |
| Employment Practices Liability | ☐ | ☒ | ☐ |
| Network Security & Privacy Liability | ☐ | ☐ | ☐ |
| Fiduciary Liability | ☐ | ☒ | ☐ |

If "Yes" was checked with respect to any of the above, please attach complete details.

11. (Please answer if applying for Fiduciary Liability): Has there been or is there pending any inquiry or investigation, or any violation of ERISA or any similar common or statutory law of the United States, Canada or any state or other jurisdiction anywhere in the world, to which an Application plan is subject?

Yes ☐   No ☒   N/A ☐

If "Yes", please attach complete details.

Please answer Questions 12 through 15 if applying for Network Security & Privacy Liability.

12. Is Applicant aware of any actual or alleged fact, circumstances, situation, error or omission, or issue which might give rise to a claim against for invasion or interference with rights of privacy, wrongful disclosure of personal information, or which might otherwise result in a claim against the Applicant with regard to issues related to Security and Privacy Liability?

Yes ☐   No ☐   N/A ☐

If "Yes", please attach complete details.

13. During the past five (5) years, has anyone filed suit or made a claim against the Applicant regarding invasion or interference with rights of privacy, wrongful disclosure of personal information, or which might otherwise result in a claim against the Applicant with regard to issues related to Security & Privacy Liability?

Yes ☐   No ☐   N/A ☐

If "Yes", please attach complete details.

14. During the past five (5) years, has a complaint, claim, demand, lawsuit or regulatory proceeding concerning the security of a computer system or website been made or initiated against the Applicant?

Yes ☐   No ☐   N/A ☐

If "Yes" please attach complete details.

15. During the past three (3) years, has the Applicant suffered any breach or failure of computer security?

Yes ☐   No ☐   N/A ☐

If "Yes", please attach complete details.

*It is agreed that with respect to Questions 12 through 15 above, if such claim(s), suit(s), investigation(s), action(s), proceeding(s), inquiry, violation, knowledge, information or involvement exists, then such claim(s), suit(s), investigation(s), action(s), proceeding(s) or inquiry and any claim, action, suit, investigations, proceeding or inquiry arising there from or arising from such violation, knowledge, information or involvement is excluded from the proposed coverage.*

## SECTION D – FINANCIAL INFORMATION

16. Please provide the following financial information for the Applicant and its Subsidiaries.

    *Information must be from within the last twenty-four (24) months.*

| Based on Financial Statements Dated: | (Year/Month) 2017/ December |
|---|---|
| Total Assets | $ 141, 857, 000 |
| Current Assets | $ |
| Total Liabilities | $ 141, 153, 000 |
| Current Liabilities | $ |
| Total Revenues/Contributions | $ 51, 405, 000 |
| ☐ Net Income or ☒ Net Loss | $ 25, 525, 000 |
| Long-Term Debt with Maturity Date within next 18 months | $ |
| Cash flow from Operations | $ ( 20, 175, 000 ) |

(a) Has the Applicant or any of its Subsidiaries changed auditors in the past year?

Yes ☒   No ☐   N/A ☐

If "Yes", please attach complete details. *See attached*

(b) Has any auditor issued a "going concern" opinion for the Named Applicant's or any of its Subsidiaries financial statements or is the Named Applicant or any of its Subsidiaries declaring bankruptcy or has the Named Applicant or any of its Subsidiaries declared bankruptcy or operated under a different name in the last 7 years?

Yes ☐   No ☒

If "Yes", please attach complete details.

**SECTION E – DIRECTORS AND OFFICERS INFORMATION**     Coverage Requested?   Yes ☒   No ☐

Please complete this Section if applying for this coverage.

17.   (a)Please provide a complete list of all Directors or Officers who are members of the Board of Directors (or equivalent governing body) of the Applicant and of its Subsidiaries by name and affiliation with other organizations. If included as an attachment herein, check here ☒.

(b)Please provide a complete list of all Officers of the Applicant and of its Subsidiaries who are not described in 17(a) above by name and affiliation with other organizations. If included as an attachment herein, check here ☐.

18.   Please list all directly and indirectly owned entities, other than partnerships entities that are Subsidiaries. If included as an attachment herein check here ☒.

| Name of Company | Type of Operation | Percentage of Ownership | Date Acquired or Created | Country of Incorporation: Domestic/Foreign |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

19.   Is coverage to include all Subsidiaries listed?                    Yes ☒   No ☐

If "Yes" include complete list of all Directors or Officers of each Subsidiary.
If "No" include complete list of all those Directors or Officers of each Subsidiary for which coverage is requested.
If included as an attachment herein, check here ☒.  *See H 16 17*

20.   Has the Applicant or any of its Subsidiaries had any mergers, acquisitions or consolidations in the past twenty-four (24) months?                          Yes ☐   No ☒

21.   Are there any plans being for a merger, an acquisition of a consolidation of or by the Applicant or any of its Subsidiaries in the next twelve (12) months?          Yes ☐   No ☒

If "Yes", have these plans been approved by any of the following? Please check all that apply.

☐ Board of Directors (or equivalent governing body) and Date of Approval: _____
☐ Shareholders and Date of Approval: _____

22.   Does the Applicant or any of its Subsidiaries anticipate any registration of securities under the Securities Act of 1933 (or any similar state or foreign rule or law) or any other offering of securities within the next twenty-four (24) months?                        Yes ☐   No ☒

If "Yes" please attach complete details and submit offering materials if available, including the Offering Size and Use of Proceeds.

23. Does any Applicant engage in any securitizations?          Yes ☐ No ☒

    If "Yes" please attach complete details on all securitizations in the last twenty-four (24) months, including, but not limited to, the number of securitizations, the amount of each securitization, the assets underlying each securitization, whether the securitization was on balance sheet versus off balance sheet, the securitizations service provider(s) and advisor(s) used etc.

24. Has the Applicant experienced changes to its Board of Directors or to key Executives over the past year?
                                                              Yes ☒ No ☐
    If "Yes", please attach complete details.    *See attached*

25. Does the Applicant have any of the following Committees?  Please check all that apply.

    ☒ Audit                 ☒ Compensation              ☐ Nominating

26. Does the Applicant's charter or by-laws contain indemnification provisions?
                                                              Yes ☒ No ☐

27. Does any Applicant provide services to its customers or clients for a fee or compensation?
                                                              Yes ☐ No ☒

28. (a) Are any of the Applicant's securities or those of its Subsidiaries publicly traded or the subject of a "shelf registration?"                                   Yes ☐ No ☒

    Exchange(s):_____  Ticker Symbol(s): _____
    (b)Total number of voting shares outstanding:_____
    (c)Total number of voting shareholders: _____
    (d)Total number of voting shares owned by its Directors and Officers (direct and beneficial): _____
    (e)Does any shareholder own five percent (5%) or more of the voting shares directly or beneficially?

                                                              Yes ☒ No ☐
    If "Yes" please designate name and percentage of holdings: _____
    If included as an attachment herein, check here.                      ☐
    (f)Is any of the stock held by the Employee Stock Ownership Plan?   Yes ☐ No ☒

    If "Yes" what is the percentage? _____% Is it leveraged?     Yes ☐ No ☐
    (g)Does the Applicant of any of its Subsidiaries have a portion of its private company debt purchased by the public?                                                 Yes ☐ No ☒
    If "Yes", please provide the amount: $ _____ If "Yes", please provide the Debt Rating: _____

29. Within the last twelve (12) months, has any Applicant had any private placement, or anticipate having any private placements or other offering of securities within the next 12 months?
                                                              Yes ☐ No ☒
    If "Yes", what is the amount of proceeds from the private placement? $_____

30. Within the last twelve (12) months, has any Applicant had an offering of securities exempted pursuant to section 3(b) of the Securities Act of 1933?           Yes ☐ No ☒

**SECTION F – INSURANCE COMPANY LIABILITY INFORMATION**   Coverage Requested? Yes ☒ No ☐

Please complete this section if applying for this coverage.

31.   What is the percentage of revenues derived from each of the following:

| Property and Casualty: _____ 100 % | Life, Accident and Health: _____ % |
|---|---|
| Reinsurance: _____ % | Other (please explain): _____ % |

Year:

(a) Direct written premium for all entities for last year: $____ ██████   20 17
(b) Estimated direct written premium for all entities for current year: $ ██████   20 18
(c) Net written premium for all entities for last year: $____ ██████   20 17
(d) Estimated net written premium for all entities for current year: $__ ██████   20 18

List the five largest premium volume states and approximate Direct Written Premium for each state (based on last year):

| State | Direct Written Premium |
|---|---|
| Florida | $____ ████████ |
| Texas | $____ ███████ |
| Louisiana | $____ ████████ |
| Missippi | $____ ██████ |
| New Mexico | $____ ██████ |

Total Premium Volume:

| | Last Year | Current Year |
|---|---|---|
| Direct Written Premium | $ ██████ | $ █████ |
| Net Written Premium | $____ █████ | $____ ██████ |

32.   Does the Applicant have written policies and procedures to protect against discriminatory or other illegal practices in underwriting and marketing its products?        Yes ☒ No ☐
If "No", please explain how the Applicant ensures compliance with applicable laws and protect itself against exposure potentially arising from its underwriting and marketing activities.

33. (a)Regarding facultative and treaty reinsurance contracts Applicant buys to reinsure itself, with respect to coverage of punitive and exemplary damages the contracts are:

☐ Silent        ☑ Specifically Included        ☐ Specifically Excluded

(b)Please provide names of principle treaty reinsurers of Applicant and their respective ratings: *See attached*

| Principle Treaty Reinsurers of Applicant | Reinsurers' Ratings | Length of Relationship |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

34. Claims Services:

(a)Number of claims handling personnel:

| Adjusters: *Use TPA Vendor* | Medical Staff: *0* |
|---|---|
| Examiners: *20 and 3 managers* | Attorneys: *3* |

(b)Approximate total number of claims handled annually: *3,300 Non-Cat; 1,000-5,000 CAT Claims depending on storm activity*

(c)Does the Applicant have a written claims manual/guidelines for handling of policyholder claims?
Yes ☑ No ☐

(d)Does the Applicant perform internal audits of policyholder claims handling personnel?
Yes ☑ No ☐

(e)Does the Applicant perform any of the following professional Services for non policyholders?

Safety Inspections                  Yes ☐ No ☑
Safety Engineering                  Yes ☐ No ☑
Claims Adjusting                    Yes ☐ No ☑
Loss Control                        Yes ☐ No ☑
Personal Injury Rehabilitation      Yes ☐ No ☑
Actuarial/Insurance Consulting      Yes ☐ No ☑
Premium Financing                   Yes ☐ No ☑
Risk Management                     Yes ☐ No ☑
Other                               Yes ☐ No ☑

(f)Does the Applicant contract outside adjustment services?       Yes ☑ No ☐

If "Yes", please indicate the percentage of claims that are handled by outside adjustment services and attach a copy of standard contract *100* % *of Field work; 30% examiner work*

(g)Do outside Firms/Adjusters have draft authority?       Yes ☐ No ☑

If yes, what level? _____

(h)Does the Applicant have a written claims manual/guidelines for Outside Firms/Adjusters?
Yes ☑ No ☐

(i)Does the Applicant conduct regular audits of Outside Firms/Adjusters?
Yes ☑ No ☐

If "Yes", how frequently are audits carried out? _Every  3  months_____

35.    **SAFETY INSPECTION AND LOSS CONTROL**

(a)How many safety engineering and inspection personnel does the Applicant employ? _____Ø____

(b)How many safety engineering and loss control inspections are carried out annually? _____Ø_____

(c)Annual revenues for each of the last three (3) years:

Current: $ _____Ø_____    Last: $ _____Ø_____    Previous: $ _____Ø_____

(d)Percentage of services provided to non policyholders: _____Ø_____%

(e)Percentage of safety engineering and loss control services performed by Outside Services Providers
_____Ø_____%

(f)Do engineering and loss control surveys contain disclaimers?    Yes ☐ No ☒

Please provide the following information regarding the Applicant's procedures for the handling, assessment and monitoring of all actual lawsuits against the Applicant, its Directors, Officers or employees for Wrongful Acts in the performance of Professional Services (as defined in the Insurance Company Liability Coverage Section of the policy), including, but not limited to, lawsuits alleging errors or omissions or seeking extra-contractual, punitive or bad faith damages.

36.    (a)Does the Applicant have established procedures?    Yes ☐ No ☒

If "Yes", please describe: _____

_____

_____

(b)Is a written directive for these procedures in effect?    Yes ☐ No ☒

If "Yes", please provide a copy.

(c)Who is (are) the senior person(s) responsible (i.e.: senior claims department personnel, general counsel, etc) monitoring and assessing lawsuits of this nature?

| Name(s) | Title(s) | Department(s) |
|---|---|---|
| Allan Ratlewicz | Corporate Attorney | Litigation |
| Michael Terry | Chief Financial Officer | Finance |
|  |  |  |

**SECTION G – EMPLOYMENT PRACTICES INFORMATION** Coverage Requested?   Yes ☒ No ☐

Please complete this Section if applying for this coverage.

37.   Please provide the following information regarding Employees, including Directors and Officers.

Enter the TOTAL number of employees (by type) in the boxes below.

*Note: Seasonal, Temporary and Leased Employees are to be included as Part-Time employees (Non-Union if Domestic).*

**Number Employees in ALL STATES/JURISDICTIONS:**

|  | Domestic | | Foreign |
|---|---|---|---|
|  | Union | Non-Union | |
| Full Time | 0 | 99 | 0 |
| Part Time | 0 | 2 | 0 |

| Total Number of Independent Contractors | 0 |
|---|---|

38.   Enter the number of employees (by type) in the specified jurisdictions ONLY in the boxes below.

*Note: Seasonal, Temporary and Leased Employees are to be included as Part-Time employees (Non-Union if Domestic).*

**Number of Employees located in CALIFORNIA ONLY:**

|  | Domestic | |
|---|---|---|
|  | Union | Non-Union |
| Full Time | 0 | 0 |
| Part Time | 0 | 0 |

| Total Number of Independent Contractors | 0 |
|---|---|

Number of Employees located in DISTRICT OF COLUMBIA, FLORIDA, MICHIGAN & TEXAS ONLY (collectively)

|  | Domestic | |
|---|---|---|
|  | Union | Non-Union |
| Full Time | 0 | 97 |
| Part Time | 0 | 2 |

| Total Number of Independent Contractors | 0 |
|---|---|

39. For the past three (3) years, what has been the annual percentage turnover rate of employees (all locations)?

Domestic: _2017_ Year __31__ % _2016_ Year __20__ % _____ Year _____ %
Foreign: _____ Year _____ % _____ Year _____ % _____ Year _____ %

Does the Applicant and any of its Subsidiaries have a Human Resources or Personnel Department?
Yes ☒ No ☐
If "No", does the Applicant and any of its Subsidiaries have other designated/qualified staff member(s) serving the equivalent function? Yes ☐ No ☐

For all "No" answers, how are these issues handled and by whom? Please attach full details.

40. Does the Applicant or any of its Subsidiaries have a human resources manual or equivalent written management guidelines? Yes ☒ No ☐

If "Yes", does it address the following issues?

| | | |
|---|---|---|
| Legally prohibited Discrimination | Yes ☒ | No ☐ |
| Sexual Harassment | Yes ☒ | No ☐ |
| Compliance with the Americans with Disabilities Act | Yes ☒ | No ☐ |
| Compliance with the 1991 Civil Rights Act | Yes ☒ | No ☐ |
| Compliance with the Family Medical Leave Act | Yes ☒ | No ☐ |
| Employee disciplinary actions | Yes ☒ | No ☐ |
| Terminations, layoffs and early retirements | Yes ☒ | No ☐ |
| Employee appraisals/reviews | Yes ☒ | No ☐ |

For all "No" answers, how are these issues handled and by whom? Please attach full details.

41. Do employees certify that they have reviewed the HR material and will comply with its Terms and Conditions?
Yes ☒ No ☐

42. Do these staff members receive training in the proper implementation of your personnel policies and procedures?                                                                 Yes ☒ No ☐

43. Does the Applicant or any of its Subsidiaries have an Employee Handbook?                         Yes ☒ No ☐

    If "Yes", is the Employment Handbook distributed to all employees or maintained on an Internet location informing employees of their employment rights?                Yes ☒ No ☐

44. Are employees required to sign acceptance of most recent Employee Handbook on an annual basis?
                                                                                  Yes ☒ No ☐

45. Does the Applicant and any of its Subsidiaries conduct employee training with regards to discriminations and harassment?                                                          Yes ☒ No ☐

46. Has the Applicant and any of its Subsidiaries implemented and adopted anti-discrimination/harassment policies?                                                                  Yes ☒ No ☐

47. Is there a formalized process in place for reporting complaints/harassment?
                                                                                  Yes ☒ No ☐
    If "Yes", do employees know this action will not result in a retaliatory action?
                                                                                  Yes ☒ No ☐

48. Has Legal Counsel reviewed the HR guidelines in the last 2 years?                  Yes ☒ No ☐

49. Are employment issues relating to terminations, discriminations, sexual harassment, layoffs, transfers or promotions handled by the Human Resources Department, Outside Counsel and/or the Legal Department?
                                                                      Yes ☒ No ☐ *HR Department and*
    If "Yes", please provide details.                                      *Corporate Counsel*
    If "No", please provide details on how these issues are handled.

50. Is the Applicant or any of its Subsidiaries currently undergoing or does the Applicant or any of its Subsidiaries contemplate undergoing during the next twelve (12) months any employee layoffs or early retirements (including ones resulting from any type of company restructuring or office, plant or store closing)?
                                                                                  Yes ☐ No ☒
    If "Yes", please attach full details.

    (a)Have there been any structured layoffs in the past twenty-four (24) months?
                                                                                  Yes ☒ No ☐
    If "Yes", what percentage of employees? ☒ 1-10%     ☐ 11-25%     ☐ Over 25%

    (b)Did the Applicant or any of its Subsidiaries use Outside Counsel during the lay-off procedure?
                                                                                  Yes ☒ No ☐
    (c)Were severance packages offered in exchange for releases not to sue and will they be offered for future lay-offs?                                                                     Yes ☒ No ☐

    (d)Please provide the number of lay-offs that have occurred or about to occur. ___*14*___

    (e)Does the Applicant or any of its Subsidiaries have procedures in place to assist terminated or laid off employees find work?                                                        Yes ☒ No ☐

51. Has a discrimination or harassment claim been filed against an executive or officer in the last five (5) years?

Yes ☐ No ☑

If "Yes", please describe the claim, the disposition of same and the disciplinary action taken against that executive or officer.

52. Does the Applicant ensure that each employee is aware of stage and federal discrimination, sexual harassment and civil rights laws with respect to third parties (i.e. clients or customers)?

Yes ☑ No ☐

53. Does the Applicant have policies or procedures outlining employee conduct when interacting with third parties (i.e. customers or clients)?

Yes ☑ No ☑

If "Yes", please provide a copy.

54. Has the Applicant implemented a formal procedure for recording and handling the discrimination, sexual harassment and civil rights complaints of third parties (i.e. customers or clients)?

Yes ☐ No ☑

If "Yes", please provide a copy.

**SECTION H – NETWORK SECURITY & PRIVACY LIABILITY INFORMATION**

Coverage Required                                                                 Yes ☐ No ☐
Please complete this section if applying for this coverage.

55. Does the Applicant have a written corporate –wide privacy policy?       Yes ☐ No ☐

If "Yes", please attach a copy and answer the questions below:

(a)Has it been reviewed by a qualified attorney?                           Yes ☐ No ☐
(b)Does the Applicant's privacy policy allow you to share information with third parties?

☐ Yes, if consumers "opt in"      ☐ Yes, unless consumers "opt out"      ☐ No

56. How much gross revenue does the Applicant produce from on-line sales? _____

57. Does the Applicant collect, store, maintain, or distribute credit card data or personally identifiable consumer information?                                                                          Yes ☐ No ☐
If "Yes", please indicate below: _____
_____
_____

Forms of Personally Identifiable Information

| | Yes | No |
|---|---|---|
| Confidential Personal Information | Yes | No ☐ |
| Credit Card Information | Yes | No ☐ |
| Customer Contact Information | Yes ☐ | No ☐ |
| Healthcare Information | Yes | No ☐ |
| Intellectual Property Assets | Yes | No ☐ |
| Money/Securities Information | Yes ☐ | No ☐ |
| Trade Secrets | Yes ☐ | No ☐ |

Other: _____
_____
_____

58. Does the Applicant outsource any part of their network, computer system, or information security functions?
Yes ☐  No ☐

If "Yes", check that all apply below and indicate the name of the vendor providing the service:

☐ Data Center Hosting: _____  ☐ Managed Security: _____
☐ Data Processing: _____  ☐ Alert Log Monitoring: _____
☐ Application Service Provider: _____  ☐ Intrusion Detection: _____

59. Does the Applicant have procedures in place to ensure any "Personal Identifiable Information" collected and stored has been authorised by the individual in question?
Yes ☐  No ☐

60. Are controls and security in place to protect credit card records stored in corporate databases?
Yes ☐  No ☐

61. Does the Applicant have a process to manage access to Personal Information including timely account termination?
Yes ☐  No ☐

62. Do the Applicant's external computer systems (including commercial websites and mobile devices) use firewall and intrusion prevention systems?
Yes ☐  No ☐

63. Does the Applicant have physical security controls in place to prohibit and track unauthorized access to the Applicant's computer systems and data centers?
Yes ☐  No ☐

64. Does the Applicant maintain current versions of preventative software addressing threats from malicious code (including, but not limited to, viruses, Trojans/worms, spyware, malware and root-kits)?
Yes ☐  No ☐

65. Does the Applicant have a proactive vulnerability assessment program that monitors for breaches and ensures timely updates of anti-virus signatures and critical security patches?
Yes ☐  No ☐

66. Does the Applicant have encryption tools to enhance the integrity and confidentiality of Personal Information?
Yes ☐  No ☐

If "Yes", in which scenarios is data encrypted (check all that apply)?

☐ Data at Rest ☐ Data in Transit ☐ Data Transferred to Removable Media (CDs, Backup Tapes, USB Devices)

67. Does the Applicant disable security elements to apply customers requested modifications to website?
Yes ☐  No ☐

68. Are controls in place to ensure re installation of security?
Yes ☐  No ☐

69. Are controls in place to secure confidential corporate records?
Yes ☐  No ☐

70. Does the Applicant process, store or handle credit card transactions?
Yes ☐  No ☐
If "Yes":
Is the Applicant compliant with Payment Card Industry Data Security Standards (PCI DSS)?
Yes ☐  No ☐

Please indicate the required level of compliance:

☐ 1     ☐ 2     ☐ 3     ☐ 4

Is the Applicant in compliance with the credit card number truncation provisions of the Fair and Accurate Credit Transaction Act (FACTA)                                            Yes ☐ No ☐

71.  Does the Applicant have a Business Continuity and Disaster Recovery plan?
                                                                          Yes ☐ No ☐
If "Yes", how long does it take the Applicant to restore operations after a computer attack or other loss/corruption of data?

☐ 8 hours or less     ☐ 9 hours to 12 hours     ☐ 13 hours to 24 hours     ☐ More than 24 hours

72.  Does the Applicant have a documented network security incident response plan?
                                                                          Yes ☐ No ☐
Does the Applicant's incident response plan include alternative options should a critical third-party outsourcing provider's operations become incapacitated?
                                                                          Yes ☐ No ☐ ☐ N/A

73.  Does the Applicant have a document retention and destruction policy?     Yes ☐ No ☐

74.  Does the Applicant have, and enforce, a clean desk policy?

☐ Yes, for all areas     ☐ Yes, in selected areas          ☐ No

If the clean desk policy only applies to selected areas, please describe: _____
_____
_____

75.  Does the Applicant provide training for employees on privacy, data security and related issues?
                                                                          Yes ☐ No ☐

76.  Has the Applicant entered into any data sharing or interchange agreements with another entity?
                                                                          Yes ☐ No ☐

If "Yes", please answer the following:

(a) Does the Applicant require others providing data processing or technology services to Applicant to sign a date sharing or interchange agreements, or does the Applicant otherwise address responsibility for securing data in your written contracts with such entities?                          Yes ☐ No ☐
(b) Are all contracts reviewed by legal counsel?                          Yes ☐ No ☐

If "Yes" to 76(a) or (b) above, please provide a copy of the Applicant's standard contract.

77.  (a) Does the Applicant's contracts with vendors and others with whom Applicant shares Personally Identifiable Information require the other party to defend and indemnify Applicant for legal liability arising from any release or disclosure of the information due to the negligence of the vendor or other party?
                                                                          Yes ☐ No ☐
(b) Does the Applicant required vendors to maintain professional liability insurance?
                                                                          Yes ☐ No ☐

78. Does Applicant require all vendors to whom Applicant outsources technology or data processing functions to demonstrate adequate security of computer systems? Yes ☐ No ☐

If "Yes", please check all that apply.

☐ Vendor must supply SAS 70
☐ Security is assessed by internal staff

☐ Vendor must provide security audit
☐ Other (describe): _____

79. In all cases, does the Applicant's hiring procedure include the following?

Please check all that apply.

| | All Employees | Some Employees * | All Independent Contractors | Not Required |
|---|---|---|---|---|
| Criminal Convictions: | ☐ | ☐ | ☐ | ☐ |
| Educational Background: | ☐ | ☐ | ☐ | ☐ |
| Credit Check: | ☐ | ☐ | ☐ | ☐ |
| Drug Testing: | ☐ | ☐ | ☐ | ☐ |
| Work History: | ☐ | ☐ | ☐ | ☐ |

*If hiring procedures are only required in some cases, please describe when such procedure is required:
_____
_____
_____

80. Does the Employee Handbook clarify/discuss Intellectual Property and establish illegal unauthorised actions and consequences? Yes ☐ No ☐

81. Does the Applicant sell, or otherwise release consumer or client information to:

(a)Related entities? Yes ☐ No ☐
(b)Outside entities? Yes ☐ No ☐

If "Yes" to 81(a) or (b) above, in all cases is the Applicant agreement to sell or release such information subject to a written agreement? Yes ☐ No ☐

Please attach a copy of Applicant's written agreement to sell or release information.

If no written agreement is required, please describe the exact circumstances when written agreements are not required. _____
_____

If included as an attachment, herein check here ☐.

Page 16 of 22

**SECTION I – FIDUCIARY LIABILITY INFORMATION**

Coverage Required                                                    Yes ☒  No ☐
Please complete this Section if applying for this coverage.

82.  List of Plans for which coverage is requested:
     If included as an attachment herein check here ☒.

| Full name of plan to be covered | Type of Plan (fill in all that apply)* | Does the plan invest in employer securities? | Total amount of plan assets | Number of Plan participants | Are all plan assets held in trust by a bank, registered investment company or insurance company? | Does the Plan hold or permit investment in collectibles? |
|---|---|---|---|---|---|---|
| Anchor Insurance Holdings | 401K | ☐ Yes ☒ No | $___ 2.5 M | 121 | Yes ☒  No ☐ | ☐ Yes ☒ No |
| United Healthcare | Medical | ☐ Yes ☐ No | $___ | 92 | Yes ☐  No ☐ | ☐ Yes ☐ No |
| United Healthcare | Dental | ☐ Yes ☐ No | $___ | 94 | Yes ☐  No ☐ | ☐ Yes ☐ No |

*Types of Plans:

| 1 = 401(k) | 2=Profit Sharing | 3=ESOP | 4=Money Purchase Pension | 5=Defined Benefit |
|---|---|---|---|---|
| 6=Cash Balance | 7=Welfare Benefit | 8=Stock Option Plan | 9=Multiemployer Plan or Multiple Employer Plan | 10=Other |

83.  If you listed any 401(k) plan(s) in Question 82, please answer this question.  If there is no 401(k) plan(s), please proceed to Question 84.

     (a)Do plan participants have at least three investment options, each with a materially different risk and return characteristic (for instance an equities fund, a bond fund and a money market fund)?
                                                                    Yes ☒  No ☐

84. If you listed any defined benefit plan(s) in Question 82, please answer this question. If there are no defined benefit plan(s), please proceed to Question 85.

(a)Are all defined benefit plans adequately funded in accordance with ERISA or any applicable similar, common or statutory law of the United States, Canada or any state or other jurisdiction anywhere in the world, as attested to by an actuary?                                                          Yes ☐ No ☐

(b)Are there any overdue employer contributions for any plan, or has any plan requested or contemplated filing a request for a waiver of contributions?                                            Yes ☐ No ☐

(c)Has any defined benefit plan undergone a conversion to a cash balance plan or it's any such conversion being considered?                                                                          Yes ☐ No ☐

85. If in the answer to Question 82 above, you indicated that any plan invests in employer securities, please complete the following:

(a)Was the value of the shares in the plan established through an independent appraisal performed annually?                                                                                        Yes ☐ No ☐

(b)What is the per-share value now?       $_____

    What was the per-share value the year before?       $_____

    What was the per-share value the year before that?   $_____

    What was the per-share value at plan establishment?  $_____

86. In the past twenty-four(24) months, has there been, or in the next twelve(12) months is there anticipated, any amendment that has resulted in or is expected to result in any reduction of benefits, including but not limited to an increase in participants' share of costs?                        Yes ☐ No ☒

If "Yes", please attach complete details.

87. Have any of the Applicant's plans (or portion of any plan) been spun off (sold), transferred or terminated or is any such transaction contemplated?                                          Yes ☐ No ☒

If "Yes", please attach complete details.

**SECTION J – CLAIM REPORTING PROCEDURES**

88. Within the Applicant and its Subsidiaries, where or to whom are lawsuits, administrative charges and demand letters reported?

General Counsel        ☒

Human Resources      ☐

Risk Management      ☐

Other                 ☒

89. Does the Applicant have a mechanism in place for its operating companies to immediately report lawsuits, administrative charges and demand letters to corporate office of General Counsel, Human Resources or Risk Management?                                                                          Yes ☒ No ☐

90. Name of Risk Manager and/or General Counsel (or equivalent position) and number of years in current position:

Name: _Allan Rotlewicz_

Title: _Corporate Attorney_   Years in Current Position: _1_

Email Address: _arotlewicz@relyonanchor.com_

Phone Number: _727-853-6723_

THE UNDERSIGNED AUTHORIZED OFFICER OF THE APPLICANT DECLARES THAT THE STATEMENTS SET FORTH HEREIN ARE TRUE. THE UNDERSIGNED AUTHORIZED OFFICER AGREES THAT IF THE INFORMATION SUPPLIED ON THIS APPLICATION CHANGES BETWEEN THE DATE OF THIS APPLICATION AND THE EFFECTIVE DATE OF THE INSURANCE, HE/SHE (UNDERSIGNED) WILL, IN ORDER FOR THE INFORMATION TO BE ACCURATE ON THE EFFECTIVE DATE OF THE INSURANCE, IMMEDIATELY NOTIFY THE INSURER OF SUCH CHANGES, AND THE INSURER MAY WITHDRAW OR MODIFY ANY OUTSTANDING QUOTATIONS AND/OR AUTHORIZATIONS OR AGREEMENTS TO BIND THE INSURANCE.

SIGNING OF THIS APPLICATION DOES NOT BIND THE APPLICANT OR THE INSURER TO COMPLETE THE INSURANCE, BUT IT IS AGREED THAT THIS APPLICATION SHALL BE THE BASIS OF THE CONTRACT SHOULD A POLICY BE ISSUED, AND IT WILL BE ATTACHED TO AND BECOME PART OF THE POLICY.

ALL WRITTEN STATEMENTS AND MATERIALS FURNISHED TO THE COMPANY TO WHICH THIS APPLICATION IS SUBMITTED IN CONJUNCTION WITH THIS APPLICATION ARE HEREBY INCORPORATED BY REFERENCE INTO THIS APPLICATION AND MADE A PART HEREOF.

THE INSURED REPRESENTS THAT THE INFORMATION FURNISHED IN THIS APPLICATION IS COMPLETE, TRUE AND CORRECT. ANY MISREPRESENTATION, OMISSION, CONCEALMENT OR INCORRECT STATEMENT OF A MATERIAL FACT, IN THIS APPLICATION OR OTHERWISE, SHALL BE GROUNDS FOR THE RESCISSION OF ANY BOND OR POLICY ISSUED.

**NOTICE TO APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR, CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT ACT, WHICH IS A CRIME AND MAY SUBJECT SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

**NOTICE TO ARKANSAS, NEW MEXICO AND WEST VIRGINIA APPLICANTS:** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT, OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.

**NOTICE TO COLORADO APPLICANTS:** IT IS UNLAWFUL TO KNOWINGLY PROVIDE FALSE, INCOMPLETE, OR MISLEADING FACTS OR INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING TO DEFRAUD THE COMPANY. PENALTIES MAY INCLUDE IMPRISONMENT, FINES, DENIAL OF INSURANCE AND CIVIL DAMAGES. ANY INSURANCE COMPANY OR AGENT OF AN INSURANCE COMPANY WHO KNOWINGLY PROVIDES FALSE, INCOMPLETE, OR MISLEADING FACTS OR INFORMATION TO A POLICYHOLDER OR CLAIMANT FOR THE PURPOSE OF DEFRAUDING OR ATTEMPTING TO DEFRAUD THE POLICYHOLDER OR CLAIMANT WITH REGARD TO A SETTLEMENT OR AWARD PAYABLE FROM INSURANCE PROCEEDS SHALL BE REPORTED TO THE COLORADO DIVISION OF INSURANCE WITHIN THE DEPARTMENT OF REGULATORY AUTHORITIES.

**NOTICE TO DISTRICT OF COLUMBIA APPLICANTS:** WARNING: IT IS A CRIME TO PROVIDE FALSE OR MISLEADING INFORMATION TO AN INSURER FOR THE PURPOSE OF DEFRAUDING THE INSURER OR ANY OTHER PERSON. PENALTIES INCLUDE IMPRISONMENT AND/OR FINES. IN ADDITION, AN INSURER MAY DENY INSURANCE BENEFITS IF FALSE INFORMATION MATERIALLY RELATED TO A CLAIM WAS PROVIDED BY THE APPLICANT.

**NOTICE TO FLORIDA APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER FILES A STATEMENT OF CLAIM OR AN APPLICATION CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY IN THE THIRD DEGREE.

**NOTICE TO KENTUCKY APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME.

**NOTICE TO LOUISIANA APPLICANTS:** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.

**NOTICE TO MAINE APPLICANTS:** IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES MAY INCLUDE IMPRISONMENT, FINES OR A DENIAL OF INSURANCE BENEFITS.

**NOTICE TO MARYLAND APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WILLFULLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR WHO KNOWINGLY AND WILLFULLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO FINES AND CONFINEMENT IN PRISON.

**NOTICE TO MINNESOTA APPLICANTS:** A PERSON WHO FILES A CLAIM WITH INTENT TO DEFRAUD OR HELPS COMMIT A FRAUD AGAINST AN INSURER IS GUILTY OF A CRIME.

**NOTICE TO NEW JERSEY APPLICANTS:** ANY PERSON WHO INCLUDES ANY FALSE OR MISLEADING INFORMATION ON AN APPLICATION FOR AN INSURANCE POLICY IS SUBJECT TO CRIMINAL AND CIVIL PENALTIES.

**NOTICE TO NEW YORK APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME, AND SHALL ALSO BE SUBJECT TO A CIVIL PENALTY NOT TO EXCEED FIVE THOUSAND DOLLARS AND THE STATED VALUE OF THE CLAIM FOR EACH SUCH VIOLATION.

**NOTICE TO OHIO APPLICANTS:** ANY PERSON WHO, WITH INTENT TO DEFRAUD OR KNOWING THAT HE IS FACILITATING A FRAUD AGAINST AN INSURER, SUBMITS AN APPLICATION OR FILES A CLAIM CONTAINING A FALSE OR DECEPTIVE STATEMENT IS GUILTY OF INSURANCE FRAUD.

**NOTICE TO OKLAHOMA APPLICANTS:** WARNING: ANY PERSON WHO KNOWINGLY, AND WITH INTENT TO INJURE, DEFRAUD OR DECEIVE ANY INSURER, MAKES ANY CLAIM FOR THE PROCEEDS OF AN INSURANCE POLICY CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION IS GUILTY OF A FELONY (365:15-1-10, 36 §3613.1).

**NOTICE TO OREGON APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR, CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT ACT, WHICH MAY BE A CRIME AND MAY SUBJECT SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

**NOTICE TO PENNSYLVANIA APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND SUBJECTS SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

**NOTICE TO TENNESSEE, VIRGINIA AND WASHINGTON APPLICANTS:** IT IS A CRIME TO KNOWINGLY PROVIDE FALSE, INCOMPLETE OR MISLEADING INFORMATION TO AN INSURANCE COMPANY FOR THE PURPOSE OF DEFRAUDING THE COMPANY. PENALTIES INCLUDE IMPRISONMENT, FINES AND DENIAL OF INSURANCE BENEFITS.

**NOTICE TO VERMONT APPLICANTS:** ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR OTHER PERSON FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION OR, CONCEALS, FOR THE PURPOSE OF MISLEADING, INFORMATION CONCERNING ANY FACT MATERIAL THERETO, COMMITS A FRAUDULENT ACT, WHICH MAY BE A CRIME AND MAY SUBJECT SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.

Please read the following statement carefully and sign where indicated.  If a policy is issued, this signed statement will be attached to the policy.

The Insured hereby acknowledges that he/she/it is aware that the limit of liability contained in this policy shall be reduced, and may be completely exhausted, by the costs of legal defense and, in such event, the Insurer shall not be liable for the costs of legal defense or the amount of any judgment or settlement to the extent that such exceeds the limit of liability of this policy.

The Insured hereby further acknowledges that he/she/it is aware that legal defense costs that are incurred shall be applied against the deductible amount.

Signed   _United Terry_                                         (Applicant)

Date     _10/16/18_

Title    _CFO_

Corporation  _Anchor Insurance Holdings, Inc & Subsidiaries_

Broker   _____

Page 22 of 22

_____

_____
Broker's Address

_____
License Number

**Section D. 16 (a) Change in Auditors**

On November 3rd, 2017 Dixon Hughes Goodman was dismissed as the firm's independent auditor and replaced with Thomas Howell Ferguson. This action was approved by the Company's Audit Committee and was taken to improve the insurance expertise of the firm utilized for audit and tax services.

In the 24-month period preceding dismissal, there were no disagreements with Dixon Hughes Goodman on any matter of accounting principles or practices, financial statement disclosure, or auditing scope or procedure; which disagreements, if not resolved to the satisfaction of Dixon Hughes Goodman, would have caused Dixon Hughes Goodman to refer to the subject matter of the disagreement in connection with their opinion. This includes disagreements that would have occurred at the decision-making level – i.e., between personnel of Anchor Property and Casualty Insurance Company responsible for presentation of its financial statements and personnel of Dixon Hughes Goodman responsible for rendering their report.

**Section E 24. Change in Board of Directors**

10/19/2017 – Varnavas Zagaris, Loukas Zagaris, Steven Kontos, Chris Kontos, John Souliotis, and Brendan Moeller resigned from the Board of Directors after their shares were acquired by THD Enterprises (existing shareholder and managed by current Chairman of Board). Kevin Pawlowski (CEO) was added to the Board of Directors at this time.

12/21/2017 – Steven Esrick and Kyle Hooker were added as Directors of Anchor Insurance Holdings, Inc.

06/5/2018 - Steven Esrick resigned from the Anchor Insurance Holdings, Inc. Board of Directors.

06/21/2018 – Chris Moench was added to the Board of Directors of Anchor Insurance Holdings, Inc. Kimberly Maxted resigned from the board at the same time. She was subsequently added to the Board of Anchor Specialty Insurance Company (a wholly owned subsidiary).

8/15/2018 – Brian Katz was added as Director of Anchor Insurance Holdings, Inc.

9/30/2018 - Rick Roberts resigned from the Anchor Insurance Holdings Board.

**Section E – DIRECTORS AND OFFICERS INFORMATION**

17(a).

**ANCHOR INSURANCE HOLDINGS, INC**

**Officers**

Michael Farrell, President
Kevin Pawlowski, CEO and Vice President
Michael Hugh Terry, CFO and Secretary

**Directors**

Daniel Bowman, Chairman
Pramod Kerkar
Jyoti Kerkar
Brian Katz
Kevin Pawlowski
Kyle Hooker
Chris Moench

Shareholders of Anchor Insurance Holdings, Inc.

THD Enterprises, LLC owns 26.6 % and THD Enterprises, LLC II owns 23.5% of Anchor Insurance Holdings stock for a combined total of 50.1%. Pramod and Jyoti Kerkar as husband and wife own 15.9% of Anchor Insurance Holdings stock. No other person or entity owns or controls 10% or more of the outstanding voting securities of Anchor Insurance Holdings, Inc. ("AIH").

**ANCHOR PROPERTY AND CASUALTY INSURANCE COMPANY**

Officers of Anchor Property and Casualty Insurance Company

Michael Farrell, President and COO
Kevin Pawlowski, CEO, Vice President and Secretary
Michael Hugh Terry, CFO and Treasurer

Directors of Anchor Property and Casualty Insurance Company

Daniel Bowman
Pramod Kerkar
Kevin Pawlowski
Chris Moench

Shareholders of Anchor Property and Casualty Insurance Company

Anchor Insurance Holdings, Inc. (100%)

**ANCHOR SPECIALTY INSURANCE COMPANY**

Officers

Michael Farrell, President and COO
Kevin Pawlowski, CEO, Vice President and Secretary
Michael Hugh Terry, CFO and Treasurer

Directors

Daniel Bowman
Pramod Kerkar
Kevin Pawlowski
Jyoti Kerkar
Brian Katz
Nick Griffin
Kim Maxted

Shareholders

Anchor Insurance Holdings, Inc. (100%)

**ANCHOR INSURANCE MANAGERS, INC., SOUTHEAST SURPLUS UNDERWRITERS, GENERAL INSURANCE AGENCY, SPINDLETOP PREMIUM FINANCE, INC, & ANCHOR REALTY PARTNERS,**

Officers

Michael Farrell, President
Kevin Pawlowski, CEO and Vice President
Michael Hugh Terry, CFO and Secretary

Directors

Kevin Pawlowski

Shareholders

Anchor Insurance Holdings, Inc. (100%)

**ANCHOR HOLDINGS BERMUDA, LTD.**

Officers

Michael Farrell, President
Kevin Pawlowski, CEO and Vice President
Michael Hugh Terry, CFO and Secretary

Directors
Kevin Pawlowski

Shareholders

Anchor Realty Partners (100%)

**LOZANO INSURANCE ADJUSTERS, INC.**

Officers

Frank Lozano: President
Lisette Lozano: Chief Financial Officer and Treasurer
Michael Hugh Terry, Secretary and Director
Kevin Pawlowski, CEO and Director

Directors

Kevin Pawlowski

Shareholders

Grappling Hooks, Inc. (100%)

**GRAPPLING HOOKS, INC.**

Officers

Kevin Pawlowski

Directors

Kevin Pawlowski

Shareholders

Anchor Insurance Holdings, Inc. (100%)

18.

| Name of Company | Type of Operation | Percentage of Ownership | Date Acquired or Created | Country of Incorporation: Domestic/Foreign |
|---|---|---|---|---|
| Anchor P&C | Insurance Co. | 100% | 6/25/2014 | US – Domestic |
| Anchor Insurance Managers | MGA | 100% | 6/25/2014 | US – Domestic |
| Anchor Specialty Insurance Co. | Insurance Co. | 100% | 11/7/2014 | US – Domestic |
| SSUGA | MGA | 100% | 11/7/2014 | US – Domestic |
| Lozano Insurance Adjusters | Insurance Adjusters | 100% | 7/1/2015 | US – Domestic |
| Grappling Hooks, Inc. | Holding Co. | 100% | 7/1/2015 | US – Domestic |
| Anchor Realty Partners | Property Co. | 100% | 6/25/2014 | US – Domestic |

Section I – Fiduciary Liability Information

82. List of Plans for which coverage is requested:

| Full name of plan to be covered | Type of Plan (fill in all that apply)* | Does the plan invest in employer securities? | Total amount of plan assets | Number of Plan participants | Are all plan assets held in trust by bank, registered investment company or insurance company? | Does the Plan hold or permit investment in collectibles? |
|---|---|---|---|---|---|---|
| United Healthcare | Vision | | | 77 | | |
| Sunlife | LTD | | | 102 | | |
| Sunlife | STD | | | 102 | | |
| Sunlife | Life | | | 102 | | |