UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON,

    Plaintiff,

vs.                                           Case No.: 8:21-cv-370-TPB-AEP

ANCHOR INSURANCE HOLDINGS, INC.,
and ANCHOR PROPERTY & CASUALTY
INSURANCE COMPANY,

    Defendants.
_____/

## FINAL JUDGMENT

Based on the Court's order on cross-motions for summary judgment entered on December 19, 2022 (Doc. 130),

**IT IS ORDERED** that:

1. Final Judgment in favor of Certain Underwriters at Lloyd's London ("Underwriters") on its motion for final summary judgment against Anchor Insurance Holdings, Inc. and Anchor Property & Casualty Insurance Company (collectively, "Anchor") is hereby **GRANTED.**

2. The Policy issued by Underwriters to Anchor is rescinded and deemed void *ab initio*.

3. Since Underwriters do not have a duty to defend Anchor in the Underlying Action, they are entitled to reimbursement of all defense fees and costs they incurred defending in the total amount of $452,165.48. This amount is reduced by the premium Anchor paid for the policy in the amount of $79,098, which makes for a total of **$373,067.48**. Anchor shall pay within 60 days of entry of this Order.

4. In addition, Underwriters are entitled to an award of pre-judgment interest on the principal amount of defense expenses described in paragraph 3, from Anchor. Accordingly, the Court awards Underwriters pre-judgment interest from February 16, 2021, through the date of a final judgment in this action based on Florida state's adjusted quarterly interest rates from January 1, 2021, through December 19, 2022. The federal interest statute is silent on how to compute pre-judgment interest, so the Court exercises its discretion and applies Florida state's adjusted quarterly interest rates. The total pre-judgment interest awarded to Underwriters is **$29,962.31**.

5. To the extent Underwriters seek an award of their attorney's fees and costs under Fed. R. Civ. P. 54(d)(2)(B)(ii), Florida Statute § 768.79, and Local Rule 7.01 based on the Proposal for Settlement that Anchor rejected, they shall file a motion on entitlement within 14 days after entry of this Final Judgment and a supplemental motion on amount within 45 days after an order determining entitlement as provided by Local Rule 7.01.

6. The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 4th day of January, 2023.

　

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**